NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTONIO M. NEAL, DOC #124111,　　)
　　　　　　　　　　　　　　　　)
　　　　Appellant,　　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　　　Case No. 2D18-861
　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Appellee.　　　　　　　　　)
_____)

Opinion filed February 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.


　　　　　　Affirmed.


CASANUEVA, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.